**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
Kevin Hong (SBN 299040)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
cm@SoCalEAG.com

Attorneys for Plaintiff, MOISES VILLALOBOS

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOISES VILLALOBOS,<br><br>Plaintiff,<br><br>vs.<br><br>EMANUEL SOGRADIAN D/B/A DISCOUNT POOL MART; ZO. BROS, INC.; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-04100 DDP (JPRx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff MOISES VILLALOBOS ("Plaintiff") and Defendant EMANUEL SOGRADIAN D/B/A DISCOUNT POOL MART and ZO. BROS, INC. stipulate and jointly request that this Court dismiss the above-captioned action, with prejudice, in its entirety. Each party shall bear his/her/its own costs and attorneys' fees.

Respectfully submitted,

DATED: August 23, 2024        SO. CAL. EQUAL ACCESS GROUP

By: */s/  Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

DATED: August 23, 2024        **Jeffer Mangels Butler & Mitchell LLP | JMBM**

By: */s/ Christopher Whang*
Christopher Whang, Esq.
Attorneys for Defendant
EMANUEL SOGRADIAN D/B/A DISCOUNT POOL MART and ZO. BROS, INC.

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: August 23, 2024        By: */s/ Jason J. Kim*
Jason J. Kim